**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1802**

EARL L. RICHARDSON,

Plaintiff - Appellant,

v.

THE GREAT STATE OF MARYLAND; CECIL COUNTY DEPARTMENT OF
SOCIAL SERVICE; NICHOLAS RICCIUTI, Director of Cecil County
Department of Social Services; WILLIAMS JONES, Employee of
Department of Social Services; SOCIAL SECURITY
ADMINISTRATION; MRS. GULOTTI, Elkton Maryland Branch; MRS.
DAVIDS, Elkton Maryland Branch; THE GREAT STATE OF
WASHINGTON; CLALLAM COUNTY WASHINGTON; JIM JONES,
Administrator; LINDA CLEVENGER, Administrator; DEPARTMENT OF
PAROLE AND PROBATION,

Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:08-cv-01087-CCB)

Submitted:  October 27, 2008       Decided:  November 14, 2008

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Earl L. Richardson, Appellant Pro Se.  Julia Doyle Bernhardt,
Assistant Attorney General, William Ferris Brockman, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Mark C.
Jobson, OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON, Olympia,

Washington; Kelly Hughes Iverson, GOODELL, DEVRIES, LEECH &
DANN, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl L. Richardson appeals the district court's order dismissing this action complaining about the termination of social security benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Richardson v. The Great State of Maryland</u>, No. 1:08-cv-01087-CCB (D. Md. July 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>